**Corrected: August 9, 2007**

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1091
(Serial No. 09/910,654)


IN RE RODGER BURROWS


<u>Richard M. Saccocio</u>, Richard M. Saccocio, P.A., of Plantation, Florida, argued for appellant.

<u>Nathan K. Kelley</u>, Associate Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office.  With him on the brief was <u>William LaMarca</u>, Associate Solicitor.  Of counsel was <u>Stephen Walsh</u>, Acting Solicitor.

Appealed from:    United States Patent and Trademark Office
                  Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1091
(Serial No. 09/910,654)

IN RE RODGER BURROWS

# Judgment

ON APPEAL from the **UNITED STATES PATENT AND TRADEMARK OFFICE, BOARD OF PATENT APPEALS AND INTERFERENCES**

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, SCHALL, Circuit Judges, FARNAN, JR., District Judge[1]).

**AFFIRMED.**  See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED: August 9, 2007            /s/  Jan Horbaly
                                 Jan Horbaly, Clerk

---

[1]     Honorable Joseph J. Farnan, Jr., District Judge, United States District Court for the District of Delaware, sitting by designation.